No. 273. OTT, TRUSTEE IN BANKRUPTCY, *v.* LONG BEACH Co. ET AL. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh

Circuit denied. *Messrs. Thomas A. Daily* and *D. A. McDougal* for petitioner. *Messrs. Arthur L. Gilliom, T. C. Mullen,* and *Shepard J. Crumpacker* for respondents.